# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Terri Parrish </br>*Plaintiff* </br> v. </br> Commissioner of Social Security </br> *Defendant* | ) ) ) ) ) ) Civil Action No. 3:17-cv-411 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: ADOPTING REPORT AND RECOMMENDATIONS; VACATING COMMISSIONER'S NON-DISABILITY FINDING; REMANDING CASE UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g); JUDGMENT TO BE ENTERED IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT; TERMINATION ENTRY.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Report and Recommendations

Date: 9/25/2019

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk